# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| OSCAR ALVAREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-5121-CV-SW-RED |
| ) | |
| KEN COPELAND, ) | |
| NEWTON COUNTY SHERIFF ) | |
| ) | |
| and ) | |
| ) | |
| NEWTON COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now pending before the Court is a Joint Stipulation for Dismissal With Prejudice (Doc. 22) signed by both parties. The Stipulation states that the above-captioned case has been settled and requests that the Court dismiss the case with prejudice, each party to bear its own costs. Accordingly, it is hereby

ORDERED that Plaintiff's Complaint (Doc. 2) and all claims contained therein be **DISMISSED with prejudice,** each party to bear its own costs through the date of this order.

**IT IS SO ORDERED**

Date:  November 21, 2005  */s/ Richard E. Dorr*
**RICHARD E. DORR, JUDGE**
**UNITED STATES DISTRICT COURT**